

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:  01-12-00311-CV

Trial Court Cause
Number:  1000231

Style:  Raymond Michael Lee

**v** Harris County Hospital District

Date motion filed[*]:  February 21, 2013

Type of motion:  Motion to Extend Time to File Reply Brief

Party filing motion:  Appellant, Raymond Michael Lee

Document to be filed:  Reply Brief

Is appeal accelerated? ☐ Yes  ☒ No

If motion to extend time:

    Original due date:  March 3, 2013

    Number of previous extensions granted:

    Date Requested:  March 23, 2013

Ordered that motion is:

    ☒  Granted

        If document is to be filed, document due:  brief had been filed

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

        ☐ The Court will not grant additional motions to extend time.

    ☐  Denied

    ☐  Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐  Other: _____

Judge's signature: /s/ Evelyn V. Keyes
        ☒ Acting individually  ☐ Acting for the Court

Panel consists of _____

Date: September 26, 2013